ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Scott K. Dauscher, Esq. (State Bar No. 204105)
    SDauscher@aalrr.com
Dan J. Bulfer, Esq. (State Bar No. 280046)
    DBulfer@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone:  (562) 653-3200
Facsimile:   (562) 653-3333

Attorneys for Use-Plaintiff CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC; and CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ROMERO GENERAL CONSTRUCTION CORP., a California corporation; THE GRAY INSURANCE COMPANY, a Louisiana corporation; and JEFFREY ROHRING, an individual,<br><br>Defendants. | Case No. 2:14-cv-01469-TLN-KJN<br><br>**STIPULATED REQUEST TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT GRAY INSURANCE COMPANY WITHOUT PREJUDICE**<br><br>Assigned to:   Hon. Troy L. Nunley<br>Courtroom:    2<br><br>Complaint Filed: June 19, 2014<br>Trial Date:            None Set |

**STIPULATION**

Use-Plaintiff Cemex Construction Materials Pacific, LLC ("Use-Plaintiff") and Defendant Gray Insurance Company ("Gray" and collectively with Use-Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Use-Plaintiff filed the above-entitled action against Defendants Romero General Construction Corp., Gray Insurance Company ("Gray"), and Jeffrey Rohring on June 19, 2014 and filed its First Amended Complaint against these Defendants on June 20, 2014;

WHEREAS, based upon the information then available to it, Use-Plaintiff alleged in its First Amended Complaint that Defendant Gray was liable on a Payment Bond given by Defendant Gray Insurance Company for the protection of all persons supplying labor and materials in the prosecution of a public work of improvement known as Travis Air Base-Parker Road Paving located in Fairfield, California and designated as Contract No. FA4427-11-D-0101 (the "Project");

WHEREAS, Defendant Gray has come forward with evidence satisfactory to Use-Plaintiff indicating that Defendant Gray is not liable on the Payment Bond attached to the First Amended Complaint as Exhibit 2;

WHEREAS, Use-Plaintiff and Defendant Gray have met and conferred regarding the content and effect of the aforesaid evidence, and regarding the potential existence of other payment bonds with bearing on this action, and agree that dismissal of Defendant Gray from this action, without prejudice, is proper and in the interest of justice at this time;

AND WHEREAS, the Parties make this request not for purposes of delay, nor to hinder the progress of the above-entitled action, but instead to conserve the resources of the Court and the Parties and to promote efficient resolution of the litigation.

NOW, THEREFORE, the Parties hereby stipulate and agree that good cause supports this Stipulated Request for Dismissal, and jointly move this honorable Court to order:

1. That Use-Plaintiff's claims against Defendant Gray are dismissed <u>without prejudice</u>, pursuant to Federal Rule of Civil Procedure 41(a)(2), leaving intact Use-Plaintiff's claims against Defendants Romero General Construction Corp. and Jeffrey Rohring; and

2.  That Use-Plaintiff and Defendant Gray shall each bear their own fees and costs of suit as to Use-Plaintiff's claims against Defendant Gray herein.  Nothing in this Stipulation shall be deemed a release or waiver of any rights, claims or damages that the Use-Plaintiff or Gray had, has or may have against the remaining defendants in this action, or against any non-party, including but not limited to the recovery of any attorney's fees and costs as permitted by statute or contract.

**SO STIPULATED.**

Dated: August 18, 2014     ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Dan J. Bulfer*
Scott K. Dauscher, Esq.
Dan J. Bulfer, Esq.
Attorneys for Use-Plaintiff CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC

Dated: August 18, 2014     WOLKIN CURRAN LLP

By: */s/ Shauna Szczechowicz (as authorized on August 18, 2014)*
Shashauna Szczechowicz, Esq.
Attorneys for Defendant Gray Insurance Company

**IT IS SO ORDERED.**

Dated: August 21, 2014

_____
Troy L. Nunley
United States District Judge

STIPULATED REQUEST TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT GRAY INSURANCE COMPANY WITHOUT PREJUDICE

3