ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Scott K. Dauscher, Esq. (State Bar No. 204105)
  SDauscher@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Facsimile: (562) 653-3333

Attorneys for Use-Plaintiff CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC; and CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ROMERO GENERAL CONSTRUCTION CORP., a California corporation; JEFFREY ROHRING, an individual; and HUDSON INSURANCE COMPANY, a surety,<br><br>Defendants. | Case No. 2:14-cv-01469-TLN-KJN<br><br>**NOTICE OF SETTLEMENT INCLUDING STIPULATION TO DISMISS CASE WITH COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT**<br><br>Complaint Filed: June 19, 2014<br>Requested dismissal date: March 30, 2018 |

Use-Plaintiff CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC ("Plaintiff"), by and through its counsel of record Scott K. Dauscher, Atkinson, Andelson, Loya, Ruud & Romo and Defendants ROMERO GENERAL CONSTRUCTION CORP., HUDSON INSURANCE COMPANY and JEFFREY ROHRING ("Defendants") by and through their counsel of record, Stuart Hirsch, hereby file this Notice of Settlement Including a Stipulation to Retain Jurisdiction to Enforce Settlement.

Pursuant to a written settlement agreement entered into between the parties, monthly payments are due commencing February 1, 2016 and continuing thereafter through January 1, 2018. The settlement agreement provides that, if all payments are timely made, a request for

1  dismissal will be filed by Plaintiff within 10 days of the final payment, or mid-January 2018. On
2  the other hand, also pursuant to the Settlement Agreement, if a payment is not made, there is at
3  least a 35-day notice and cure period before Plaintiff would be entitled to ask the Court to enter the
4  Judgment. As the final installment payment is due January 1, 2018, the parties agree that any such
5  request for Judgment would need to be made by mid-February 2018, at the latest.

6  Accordingly, the parties hereby jointly stipulate and request that the Court dismiss the case
7  but retain jurisdiction over the matter until March 30, 2018, to enforce the settlement against
8  Defendants in the event of non-performance.

Dated: January 15, 2016           ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By:     /s/
    Scott K. Dauscher
    Attorneys for Use-Plaintiff CEMEX CONSTRUCTION
    MATERIALS PACIFIC, LLC

Dated: January 15, 2016

By:     /s/
    Stuart Hirsch
    Attorneys for Defendants ROMERO GENERAL
    CONSTRUCTION CORP., HUDSON INSURANCE
    COMPANY and JEFFREY ROHRING

**IT IS SO ORDERED.**

Dated: January 15, 2016

Troy L. Nunley
United States District Judge